**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Kennedy Richardson v. Harlie Earle

Appellate case number:   01-20-00630-CV

Trial court case number:  2020-33435

Trial court:                       280th District Court of Harris County

On October 5, 2020, appellant, Kennedy Richardson, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(b)(1). On October 5, 2020, the district clerk filed the clerk's record. The record reflects that no contest to the affidavit of indigence was filed. *See id.* Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.


Judge's signature: _____/s/ Sherry Radack_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:   ___November 19, 2020_____